Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 09−38840−GMB
Chapter: 13
Judge: Gloria M. Burns

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kristie Gerstle Stuart
aka Kristie Gerstle
31 S. Clinton Ave.
Maple Shade, NJ 08052

Nathan Stuart
31 S. Clinton Ave.
Maple Shade, NJ 08052

Social Security No.:
xxx−xx−8640

xxx−xx−7297

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on June 3, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 80 − 77
Order Granting Application For Payment of Unclaimed Funds (Related Doc # 77). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/3/2022. (wiq)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 3, 2022
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 09-38840-GMB |
| Kristie Gerstle Stuart | Chapter 13 |
| Nathan Stuart | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 03, 2022 | Form ID: orderntc | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Kristie Gerstle Stuart, Nathan Stuart, 31 S. Clinton Ave., Maple Shade, NJ 08052-3204 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 03 2022 20:30:00 | Nationstar Mortgage LLC, Att: Francine Miller, 800 State Highway 121 Bypass, Lewisville, TX 75067-4180 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 05, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Aurora Loan Services bankruptcynotice@zuckergoldberg.com  bkgroup@kmllawgroup.com |
| Donna L. Wenzel | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 03, 2022 | Form ID: orderntc | Total Noticed: 2 |

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa (NA)
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com

Jeffrey B. Saper
    on behalf of Joint Debtor Nathan Stuart jbsaperlaw@comcast.net

Jeffrey B. Saper
    on behalf of Debtor Kristie Gerstle Stuart jbsaperlaw@comcast.net

Raymond H. Shockley, Jr.
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

TOTAL: 8