UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on June 3, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kristie Gerstle Stuart and Nathan Stuart

Case No.: 09-38840-GMB

Chapter: 13

Hearing Date: _____

Judge: Michael B. Kaplan

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is ORDERED.

**DATED: June 3, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having heard the motion filed by ___Nationstar Mortgage LLC___, and any objections filed, it is

ORDERED that the motion is GRANTED and the amount of _____$134.54_____ will be forwarded to _____Nationstar Mortgage LLC_____ at the following address:

Nationstar Mortgage LLC

800 State Highway 121 Bypass

Lewisville, TX 76227

*new.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 09-38840-GMB
Kristie Gerstle Stuart  Chapter 13
Nathan Stuart
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: Jun 03, 2022  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2022:**

**Recip ID**  **Recipient Name and Address**
db/jdb  + Kristie Gerstle Stuart, Nathan Stuart, 31 S. Clinton Ave., Maple Shade, NJ 08052-3204

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2022  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2022 at the address(es) listed below:

**Name**  **Email Address**

Denise E. Carlon
    on behalf of Creditor Aurora Loan Services bankruptcynotice@zuckergoldberg.com  bkgroup@kmllawgroup.com

Donna L. Wenzel
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa (NA)
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com

Jeffrey B. Saper
    on behalf of Joint Debtor Nathan Stuart jbsaperlaw@comcast.net

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 03, 2022 | Form ID: pdf903 | Total Noticed: 1 |

Jeffrey B. Saper

    on behalf of Debtor Kristie Gerstle Stuart jbsaperlaw@comcast.net

Raymond H. Shockley, Jr.

    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

TOTAL: 8